IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )          8:11CR23
                               )
      v.                       )
                               )
GREGORY SMITH,                 )          ORDER
                               )
            Defendant.         )
_____)
```

       This matter is before the Court on plaintiff's motion to dismiss without prejudice the indictment (Filing No. 39).  The Court finds the motion should be granted.  Accordingly,

       IT IS ORDERED that plaintiff's motion is granted.  Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, the indictment (Filing No. 1) is dismissed without prejudice as to defendant Gregory Smith.

       DATED this 22nd day of August, 2011.

                                     BY THE COURT:

                                     /s/ Lyle E. Strom
                                   _____
                                   LYLE E. STROM, Senior Judge
                                   United States District Court